UNITED STATES of America,
Plaintiff–Appellee,

v.

Aurelio MARTINEZ–ABUNDIZ, a.k.a. Aurelio Martinez–Abundez, a.k.a. Jose Martinez, et al., Defendant–Appellant.

No. 05–14733
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 3, 2006.

Kafahni Nkrumah, Pensacola, FL, Randolph P. Murrell, Gwendolyn L. Spivey, Federal Defender Office, Tallahassee, FL, for Defendant–Appellant.

E. Bryan Wilson, Tallahassee, FL, Dixie Angela Morrow, U.S. Attorney, Pensacola, FL, for Plaintiff–Appellee.

Before CARNES, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Aurelio Martinez–Abundiz in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Martinez–Abundiz's conviction and resulting sentence are **AFFIRMED**.